UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No.  3:11-CR-39(01) RM |
| | ) | |
| KEITH A. BUTCHKO | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on June 14, 2011 [Doc. No. 28]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Keith Butchko's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED:   July 5, 2011


      /s/ Robert L. Miller, Jr.
Judge
United States District Court